UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  BENJAMIN L. LARSEN           §       Case No. 11-83736
        DE'ANNA M. LARSEN            §
                                     §
                                     §
            Debtors                  §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/25/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/01/2011.

5) The case was dismissed on 01/11/2012.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,400.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,400.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 79.79 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 79.79 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 11,122.00 | 7,914.68 | 7,914.68 | 971.57 | 258.43 |
| GMAC MORTGAGE LLC | Sec | 1,748.00 | 3,228.80 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS INC | Sec | 3,275.00 | 3,236.95 | 3,236.95 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS INC | Sec | 800.00 | 745.10 | 745.10 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 1,200.00 | 2,032.02 | 1,200.00 | 90.21 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 0.00 | 0.00 | 832.02 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 11,190.00 | 12,450.87 | 11,190.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 0.00 | 0.00 | 1,260.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 157.00 | 417.06 | 124.06 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 0.00 | 293.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 550.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED CREDIT SERVICES | Uns | 381.96 | NA | NA | 0.00 | 0.00 |
| AFSA / BRAZOS HEA / BANK ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,347.99 | 5,148.15 | 5,148.15 | 0.00 | 0.00 |
| GRANITE RECOVERY LLC | Uns | 5,931.00 | 6,011.19 | 6,011.19 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 846.89 | 858.49 | 858.49 | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 50.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 11-83736    Doc 38    Filed 03/16/12    Entered 03/16/12 10:55:35    Desc Main
              Document      Page 3 of 5

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COLLECTION BUREAU OF | Uns | 303.27 | NA | NA | 0.00 | 0.00 |
| COUNTRY COMPANY INSURANCE | Uns | 1,555.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 376.23 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL | Uns | 737.00 | NA | NA | 0.00 | 0.00 |
| FOLEY CARRIER SERVICES | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG & | Uns | 6,924.40 | 8,025.95 | 8,025.95 | 0.00 | 0.00 |
| H&R BLOCK BANK | Uns | 1,244.43 | 1,274.01 | 1,274.01 | 0.00 | 0.00 |
| H&R BLOCK BANK | Uns | 1,432.10 | 1,151.15 | 1,151.15 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 5,686.00 | 5,030.00 | 5,030.00 | 0.00 | 0.00 |
| IL STATE TOLLWAY AUTHORITY | Uns | 1,432.10 | NA | NA | 0.00 | 0.00 |
| MULFORD DENTAL GROUP | Uns | 1,017.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 438.39 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 514.61 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| POMPS TIRES | Uns | 621.11 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 255.71 | 401.13 | 401.13 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 4,653.00 | 3,876.29 | 3,876.29 | 0.00 | 0.00 |
| ROGERS & HOLLAND | Uns | 1,013.00 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLAND | Uns | 1,441.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE LOAN SERVICING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL CORP | Uns | 511.65 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Uns | 1,076.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 159.98 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 202.23 | 202.23 | 0.00 | 0.00 |
| NORTH PARK WATER DISTRICT | Uns | 219.62 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 5,403.38 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS LLC | Uns | 0.00 | 736.88 | 736.88 | 0.00 | 0.00 |
| CHECK IT | Uns | 0.00 | 1,066.14 | 1,066.14 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,896.73 | $ 971.57 | $ 258.43 |
| All Other Secured | $ 12,390.00 | $ 90.21 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,286.73 | $ 1,061.78 | $ 258.43 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 124.06 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 124.06 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,167.50 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 79.79 |
| Disbursements to Creditors | $ 1,320.21 |
| **TOTAL DISBURSEMENTS:** | $ 1,400.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/15/2012            By:  /s/ Lydia S. Meyer
                                                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)